```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 21735
    GILBERT WHITE SR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0649


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/19/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
-----------------------------------------------------------------------
CITY OF CHICAGO PARKING  UNSEC W/INTER      840.00           .00             .00
CITY OF CHICAGO DEPT OF  NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO DEPT OF  NOTICE ONLY     NOT FILED           .00             .00
CREDIT COLLECTION SERVIC UNSEC W/INTER   NOT FILED           .00             .00
DISH NETWORK             UNSEC W/INTER   NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER     2632.97           .00             .00
SCHNEIDER TRAINING ACADE UNSEC W/INTER   NOT FILED           .00             .00
SCHNEIDER TRAINING ACADE NOTICE ONLY     NOT FILED           .00             .00
VERIZON WIRELESS         UNSEC W/INTER   NOT FILED           .00             .00
ANDRE BROWN              SECURED           2900.31           .00             .00
ANDRE BROWN              NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO WATER DE SECURED            323.57           .00           17.04
EMC MORTGAGE             CURRENT MORTG        .00            .00             .00
EMC MORTGAGE             MORTGAGE ARRE    27950.00           .00             .00
EMC MORTGAGE             MORTGAGE NOTI   NOT FILED           .00             .00
GLOBAL CONNECTIONS INC   SECURED NOT I   NOT FILED           .00             .00
HONOR FINANCE            SECURED VEHIC        .00            .00             .00
HONOR FINANCE            UNSEC W/INTER   NOT FILED           .00             .00
EMC MORTGAGE CORPORATION MORTGAGE NOTI   NOT FILED           .00             .00
TIMOTHY K LIOU           DEBTOR ATTY       2,409.20                      1,003.76
TOM VAUGHN               TRUSTEE                                            79.20
DEBTOR REFUND            REFUND                                              .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              1,100.00

PRIORITY                                       .00
SECURED                                      17.04
UNSECURED                                      .00
ADMINISTRATIVE                            1,003.76
TRUSTEE COMPENSATION                         79.20
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 21735 GILBERT WHITE SR
```

```
                             ---------------      ---------------
TOTALS                              1,100.00             1,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 21735 GILBERT WHITE SR